```
LAW OFFICES OF CARY T. TANAKA

CARY T. TANAKA        4858-0
CHEYNE YONEMORI       11164-0
Suite 1010 Bishop Street Tower
700 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 536-8885
Email:    cary@tanakalegal.com
          cheyne@tanakalegal.com

Of Counsel:
GREG H. TAKASE       7160-0
Email:    greg@tanakalegal.com

Attorneys for Defendant
KATHERINE KEALOHA, individually
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRACY T. YOSHIMURA, EUGENE M. SIMEONA, JR., MICHAEL D. MILLER, JR., GARY G. DANLEY, JR., QUENTIN D.R. CANENCIA, DESIREE U. HAINA, MICHAEL A. MADALI, JR., and CLAYTON SIMEONA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>KEITH M. KANESHIRO, individually; KATHERINE KEALOHA, individually; VERNON BRANCO; JACOB DELAPLANE; TOMMY KONG; CITY AND COUNTY OF HONOLULU; JOHN DOES 3-10; JANE DOES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. 18-00038 LEK-WRP<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>RE:  DEFENDANT KATHERINE KEALOHA'S, INDIVIDUALLY, JOINDER TO DEFENDANT CITY AND COUNTY OF HONOLULU'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF CLAYTON SIMEONA DATED MARCH 2, 2020<br><br><br><br>Trial Date: February 22, 2021<br>Honorable Leslie E. Kobayashi |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct original and one (1) copy of DEFENDANT KATHERINE KEALOHA'S, INDIVIDUALLY, JOINDER TO DEFENDANT CITY AND COUNTY OF HONOLULU'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF CLAYTON SIMEONA DATED MARCH 2, 2020 was served on the following at his last known address via United States mail, postage prepaid:

> KEITH M. KIUCHI, ESQ.
> American Savings Bank Tower
> 1001 Bishop Street, Suite 985
> Honolulu, Hawaii  96813
>
> Attorney for Plaintiffs

I also hereby certify that on this date, a true and correct copy of DEFENDANT KATHERINE KEALOHA'S, INDIVIDUALLY, JOINDER TO DEFENDANT CITY AND COUNTY OF HONOLULU'S SECOND REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF CLAYTON SIMEONA DATED MARCH 2, 2020 was served on the following at their last known addresses via United States mail, postage prepaid:

> MIA D. OBCIANA, ESQ.
> Bishop Street Tower
> 700 Bishop Street, Suite 1101
> Honolulu, Hawaii  96813
>
> Attorney for Plaintiffs

```
WILLIAM C. McCORRISTON, ESQ.
DAVID J. MINKIN, ESQ.
NADINE Y. ANDO, ESQ.
JORDAN K. INAFUKU, ESQ.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813

Attorneys for Defendant
KEITH M. KANESHIRO

PAUL S. AOKI, ESQ.
Acting Corporation Counsel
NICOLETTE WINTER, ESQ.
Deputy Corporation Counsel
City and County of Honolulu
530 South King Street, Room 110
Honolulu, Hawaii  96813

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU
AND TOMMY KONG

DAVID M. LOUIE, ESQ.
NICHOLAS R. MONLUX, ESQ.
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii  96813

Attorneys for Defendant
JACOB DELAPLANE
```

DATED:  Honolulu, Hawaii, August 14, 2020.

                        /s/ Cary T. Tanaka
                        CARY T. TANAKA
                        CHEYNE YONEMORI
                        GREG H. TAKASE
                        Attorneys for Defendant
                        KATHERINE KEALOHA, individually