# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 18-00038-LEK-WRP |
| CASE NAME: | Tracy L. Yoshimura, et al., v. Keith M. Kaneshiro, et al., |
| ATTY FOR PLAINTIFFS: | Keith M. Kiuchi, Esq. |
| ATTY FOR DEFENDANT KEITH M. KANESHIRO: | William C. McCorriston, Esq. |
| ATTY FOR DEFENDANT KATHERINE KEALOHA: | Cary T. Tanaka, Esq. |
| ATTY FOR DEFENDANT VERNON BRANCO: | Kevin W. Herring, Esq. |
| ATTYS FOR DEFENDANT CITY AND COIUNTY OF HONOLULU: | Donovan Asao Odo, Esq.<br>Nicolette Winter, Esq. |
| ATTYS FOR DEFENDANT JACOB DELAPLANE: | David M. Louie, Esq.<br>Nicholas R. Monlux, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | AT&T |
| DATE: | 8/28/2020 | TIME: | 4:00 p.m. – 4:15 p.m. |

COURT ACTION:   EP     TELEPHONIC SETTLEMENT ON THE RECORD

Counsel states the key terms on the record.

The Court finds that the parties have entered into a valid and enforceable settlement.

Stipulation for Dismissal shall be submitted to kobayashi_orders@hid.uscourts.gov by October 28, 2020.

All dates and deadlines, including trial, are VACATED.

Submitted by:  Mary Feria, Courtroom Manager